1 LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
2 LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
3 CHICO, CA 95926
Telephone:  (530) 895-3252
4 Fax:  (530) 894-8244

5 Attorneys for Plaintiff

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 GYPSIE JONES,                                             Case No. CIV.S-04-1704 RRB CMK

11        Plaintiff,

12 v.                                                                      **REQUEST FOR DISMISSAL AND ORDER THEREON**

13 OFFICE DEPOT, INC., et al

14        Defendants.

1    IT IS HEREBY STIPULATED, pursuant to a settlement and release agreement
2  between plaintiffs, GYPSIE JONES, and defendant WILLIAM C. CUMMINGS
3  DEVELOPMENTS, INC., that this Court enter a dismissal with prejudice of plaintiffs'
4  complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41, with each party to
5  bear their own attorney's fees and costs.
6    The dismissal with prejudice shall dismiss the action in its entirety.

8  Dated: July 17, 2007          LAW OFFICES OF LYNN HUBBARD

10                  /s/ Lynn Hubbard, III
                    LYNN HUBBARD, III
                    Attorney for Plaintiff GYPSIE JONES

12  Dated: July 17, 2007          KRING & CHUNG LLP

14                  /s/ Shane Singh
                    SHANE SINGH
15                  Attorneys for Defendant WILLIAM C. CUMMINGS
                    DEVELOPMENTS, INC.

<u>ORDER ON STIPULATION FOR DISMISSAL</u>

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses the above-captioned action with prejudice.

IT IS SO ORDERED.

Date:   July 17, 2007

<u>/s/ Ralph R. Beistline    </u>
Judge of the District Court